UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CITY OF ANN ARBOR EMPLOYEES'
RETIREMENT SYSTEM and
AIP ALTERNATIVE STRATEGIES FUNDS -
ALPHA HEDGED STRATEGIES FUND,
On Behalf of Themselves
and All Others Similarly Situated,

    Plaintiffs,

v.                        CIVIL ACTION NO. 2:07-0226

ICG, INC. a/k/a INTERNATIONAL
COAL GROUP, INC., WILBUR L. ROSS, JR.,
JON R. BAUER, CYNTHIA B. BEZIK,
WILLIAM J. CATACOSINOS,
BENNETT K. HATFIELD, MARCIA L. PAGE,
WENDY L. TERAMOTO, WILLIAM D. CAMPBELL,
UBS INVESTMENT BANK and LEHMAN BROTHERS,

    Defendants.

## JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this same day in the above-styled civil action, it is ORDERED and ADJUDGED that this action be, and it hereby is, dismissed and stricken from the docket.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: September 30, 2008

_____
John T. Copenhaver, Jr.
United States District Judge